**No. 10M76. Mario Guerra, Petitioner v. Tom Felker, Warden.**

562 U.S. 1255, 131 S. Ct. 1591, 179 L. Ed. 2d 472, 2011 U.S. LEXIS 1788.

February 28, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 10M77. John Doe, Petitioner v. United States.**

562 U.S. 1255, 131 S. Ct. 1591, 179 L. Ed. 2d 472, 2011 U.S. LEXIS 1716.

February 28, 2011. Motion for leave to file a petition for writ of certiorari under seal with redacted copies for the public record granted.

**No. 10M78. Nathaniel Shaw, Petitioner v. C. J. Coughlin, et al.**

562 U.S. 1255, 131 S. Ct. 1592, 179 L. Ed. 2d 472, 2011 U.S. LEXIS 1890.

February 28, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 10-708. First American Financial Corporation, Successor in Interest to The First American Corporation, et al., Petitioners v. Denise P. Edwards.**

562 U.S. 1255, 131 S. Ct. 1592, 179 L. Ed. 2d 472, 2011 U.S. LEXIS 1865.

February 28, 2011. The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States.

**No. 10-827. United States ex rel. Sally Christine Summers, Petitioner v. LHC Group, Inc.**

562 U.S. 1255, 131 S. Ct. 1592, 179 L. Ed. 2d 472, 2011 U.S. LEXIS 1799.

February 28, 2011. The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States.